UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONNA FIKE, : | |
|     Plaintiff, : | |
| : | |
| v. : | No. 5:23-cv-2981 |
| : | |
| GLOBAL PHARMA HEALTHCARE : | |
| PRIVATE, LTD; EZRICARE, LLC; : | |
| AMAZON.COM, INC.; and : | |
| EZRIRX, LLC; : | |
|     Defendants. : | |

**O R D E R**

**AND NOW**, this 2nd day of November, 2023, upon consideration of Plaintiff's Motion to Extend Time to Serve the Complaint against Global Pharma Healthcare Private, LTD and of Federal Rule of Civil Procedure 4(m), which does not impose a time limit for service in a foreign country, **IT IS HEREBY ORDERED THAT**:

Plaintiff's Motion to Extend Time to Serve the Complaint against Global Pharma Healthcare Private, LTD, ECF No. 28, is **GRANTED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge